UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| EDISON V.B., | Case No. 25-CV-4601 (NEB/EMB) |
| Petitioner, | |
| v. | |
| PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, SAMUEL OLSON, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, and RYAN SHEA, Sheriff of Freeborn County, | ORDER |
| Respondents. | |

---

Edison V.B. is a citizen and native of Ecuador who entered the United States in 2023 without inspection. ICE took V.B. into custody on December 10, 2025, and have not provided V.B. a bond hearing. V.B. filed a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).

The Court has already concluded that petitioners like V.B. are entitled to a bond hearing. *R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4,

2025).[1] Respondents provide no reason for the Court to stray from that decision. For the reasons explained in *R.E.*, the Court grants the Petition to the extent it requests a bond hearing.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Petition (ECF No. 1) is GRANTED as follows. V.B.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2. Within **seven days**, Respondents must either provide V.B. a bond hearing or release V.B.; and

3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required; and

4. The motion for TRO (ECF No. 2.) is denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 19, 2025                BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge

---

[1] V.B.'s Petition explained that the facts "indicate[] that he is being subjected to Expedited Removal proceedings." Respondents contend that V.B. is not in expedited removal proceedings. (ECF No. 7 at 2.)